IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JAMES F. HIGGINS, )
)                    8:04CV63
Plaintiffs, )
)
v. )         ORDER OF DISMISSAL
)
UNITED STATES OF AMERICA, )
)
Defendant. )

This matter came on for determination upon the Stipulation and Motion of the

parties that the case be dismissed with prejudice (filing number 28), each party to bear

their own costs, and complete record waived.  The Court, being fully advised in the

premises, finds that such an order should issue.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case is

dismissed with prejudice, each party to bear their own costs, and complete record waived.

DATED this 4th day of May, 2005.

BY THE COURT:



s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT COURT JUDGE